UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NOT FOR PUBLICATION

---------------------------------------------------------------X

**ODED MAOZ**,

                Plaintiff,

    -against-

**75th St. BUILDING** and **AVENUE B BUILDING**,

              Defendants.

---------------------------------------------------------------X

**MEMORANDUM AND ORDER**
19-CV-7248 (AMD)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 4 2020 ★

BROOKLYN OFFICE

**ANN M. DONNELLY**, United States District Judge:

    The *pro se* plaintiff filed his first complaint on December 20, 2019. (ECF No 1.) I

dismissed the complaint on January 14, 2020 because it did not comply with Rule 8 of the

Federal Rules of Civil Procedure, but granted the plaintiff leave to file an amended complaint.[1]

(ECF No. 5.) The plaintiff filed an amended complaint a month later (ECF No. 9), but did not

address any of the issues that I identified in my January 14 order. Accordingly, on February 20,

2020, I dismissed the amended complaint, but granted the plaintiff a final chance to amend the

complaint to comply with Rule 8. The plaintiff filed his second amended complaint on February

27, 2020. (ECF No. 10.)

    The second amended complaint is nearly identical to its two predecessors and still does

not comply with Rule 8. In this version, the plaintiff includes a deed registration and a property

transfer report for 251-257 West 75th Street, but does not explain what these documents have to

do with his complaint. The latest complaint also includes references to his "medical status," and

alleges that various buildings are being listed in his name. The plaintiff has had three

opportunities to describe what happened to him, and the relief he seeks, but the basic facts of his

claims remain unclear. Because the second amended complaint does not cure the deficiencies

---

[1] I also granted the plaintiff's application to proceed *in forma pauperis*.

identified with his prior submissions, this action is dismissed, and the Clerk of Court is instructed to close this case. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
       March 4, 2020